UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DIGITAL BACKGROUND CORPORATION, | ) ) ) | |
| *Plaintiff*, | ) ) | Case No: 3:07-cv-803 DRH |
| v. | ) ) | JURY TRIAL DEMANDED |
| APPLE, INC., | ) ) | |
| *Defendant*. | ) ) ) | |

## COMPLAINT

Plaintiff Digital Background Corporation ("DBC") brings this action for patent infringement against defendant Apple, Inc. ("Apple") seeking damages and injunctive relief. DBC alleges as follows:

### JURISDICTION AND VENUE

1.      This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*, alleging infringement of United States Patent No. 5,764,306 ("the '306 patent"). A copy of the '306 patent is attached hereto as **Exhibit A** and is incorporated herein by reference in its entirety.

2.      This Court has exclusive subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338(a).

3.      This Court has personal jurisdiction over Apple because Apple has conducted business in this district and has infringed, contributed to the infringement of, and/or actively

induced others to infringe DBC's patents in this district as alleged in this Complaint. For example, Apple has offered for sale or sold products in the Southern District of Illinois through its employees and/or agents at Southern Illinois University at Carbondale. Additionally, a list of Apple authorized agents selling and offering for sale the Leopard in the Southern District of Illinois is attached as **Exhibit B.**

4.     Moreover, Apple continues to conduct business in this district and infringe, contribute to the infringement of, and/or actively induce others to infringe DBC's patents asserted in this district.

5.     Venue is proper under 28 U.S.C. §§ 1391(b), 1391(c) and/or 1400(b), in that a substantial part of the events giving rise to DBC's claims occurred in the Southern District of Illinois and the defendant is subject to personal jurisdiction in the Southern District of Illinois (and thus for purposes of venue the defendant resides in the Southern District of Illinois).

**PARTIES**

6.     DBC is a corporation organized and existing under the laws of Delaware, having its principal place of business at 500 Newport Center Drive, 7th Floor, Newport Beach, California 92660.

7.     On information and belief and after a reasonable opportunity for further discovery, Apple, Inc. is a corporation existing under the laws of California, having its principal place of business at 1 Infinite Loop, Cupertino, California 95014 with its representative agent, CT Corporation System, located at 818 West Seventh Street, Los Angeles, California 90017.

## THE PATENT-IN-SUIT

8.     The '306 patent entitled "Real-Time Method of Digitally Altering a Video Data Stream to Remove Portions of the Original Image and Substitute Elements to Create a New Image" was duly and legally issued on June 9, 1998.

9.     The '306 patent claims a method for allowing the real-time replacement of a designated background portion of an incoming video signal with an alternate background.

10.     The inventor of the '306 patent is Michael D. Steffano.

11.     The assignee of the '306 patent is Digital Property Management Group, LLC.

12.     The '306 patent is valid and enforceable and has been at all times relevant to the instant action.

## THE INFRINGER

13.     Apple makes, uses, sells and offers for sale the Mac® OS X Leopard ("Leopard") operating system featuring the iChat within the United States, including within the Southern District of Illinois.

14.     The iChat is a component of the Leopard involving a "backdrop" feature which takes a picture of the background, replaces it with a photo or video of choice using a video frame storage (*i.e.* memory) and computer system to modify and then display the new image.

15.     The iChat "backdrop" feature of the Leopard falls within the scope of at least claim 1 of the '306 patent.

## COUNT I
## APPLE'S PATENT INFRINGEMENT UNDER 35 U.S.C. § 271 OF THE '306 PATENT

16.     DBC incorporates by reference the allegations of paragraphs 1-15.

3

17.    Apple has directly or indirectly infringed the '306 patent at a minimum by making, using, selling, offering for sale and/or importing Mac® OS X Leopard operating system featuring the iChat.

18.    Apple has also contributed to the infringement of the '306 Patent, and/or actively induced others to infringe the '306 Patent, in this district and elsewhere in the United States.

19.    Apple has caused and will continue to cause DBC substantial damage and irreparable injury by virtue of its continuing such infringement.

20.    DBC is entitled to recover from Apple the damages sustained by DBC as a result of Apple's wrongful acts in an amount subject to proof at trial and an injunction, preventing Apple from continuing its wrongful acts.

21.    Apple has had constructive knowledge of the '306 patent as the products embodying the '306 patent are and have been clearly marked with the '306 patent's patent number, as seen in attached **Exhibit C.**

22.    Upon information and belief and after an opportunity for further discovery, Apple's infringement of the '306 patent is willful and deliberate.


WHEREFORE, DBC respectfully requests that the Court enter a judgment as follows:

A.    That Apple has infringed the '306 patent under 35 U.S.C. § 271;

B.    Permanently enjoining and restraining Apple, its officers, directors, agents, servants, employees, licensees, successors, assigns, those in active concert and participation with it, and all persons acting on their behalf or within its control under 35 U.S.C. § 283 from further acts that infringe the '306 patent, including, but not limited to, making, using, selling, offering to

sell, importing, exporting, advertising, or otherwise using, contributing to the use of, or inducing the use of all infringing equipment produced by Apple;

C.     Requiring Defendant to:

1.     Send a copy of any decision in this case in favor of DBC to each person or entity to whom Apple has sold or otherwise distributed any products found to infringe the '306 patent, or induced to infringe the '306 patent, and informing such persons or entities of the judgment and that the sale or solicited commercial transaction was wrongful;

2.     Recall and collect from all persons and entities that have purchased wholesale or are a distributor of any and all products found to infringe the '306 patent that were made, offered for sale, sold, or otherwise distributed by Apple, or anyone acting on its behalf;

3.     Destroy or deliver to DBC all infringing equipment produced by Apple; and

4.     File with the Court and serve upon DBC, within thirty (30) days after entry of final judgment in this case, a report in writing and subscribed under oath setting forth in detail the form and manner in which Apple has complied with the Court's orders as prayed for.

D.     Awarding DBC patent infringement damages and pre-judgment interest pursuant to 35 U.S.C. § 284 including, but not limited to, lost profits and/or a reasonable royalty;

E.     Awarding DBC treble damages for willful infringement pursuant to 35 U.S.C. § 284;

F.     Declaring the case exceptional and awarding DBC reasonable costs and attorneys fees pursuant to 35 U.S.C. § 285; and

G.     Granting DBC such other and further relief as justice and equity may require.

## JURY DEMAND

DBC requests a jury trial.

Respectfully submitted,
DIGITAL BACKGROUND CORPORATION

By its attorneys,
SIMMONSCOOPER LLC

Dated:  November 14, 2007

By: s/Paul A. Lesko
Paul A. Lesko – IL  #6288806
Stephen C. Smith – IL #6279828
Katharine A. Wark -- IL #6285247
707 Berkshire Blvd.
P.O. Box 521
East Alton, IL  62024
(618) 259-2222
(618) 259-2251 – *facsimile*
plesko@simmonscooper.com

# EXHIBIT A

US005764306A

# United States Patent [19]

**Steffano**

[11] **Patent Number:** 5,764,306

[45] **Date of Patent:** Jun. 9, 1998

[54] **REAL-TIME METHOD OF DIGITALLY ALTERING A VIDEO DATA STREAM TO REMOVE PORTIONS OF THE ORIGINAL IMAGE AND SUBSTITUTE ELEMENTS TO CREATE A NEW IMAGE**

[75] Inventor: **Michael D. Steffano**, Austin, Tex.

[73] Assignee: **The Metaphor Group**, Irving, Tex.

[21] Appl. No.: **819,921**

[22] Filed: **Mar. 18, 1997**

[51] Int. Cl.$^6$ ............................................. **H04N 5/272**

[52] U.S. Cl. ............................................ **348/586**; 348/552

[58] **Field of Search** ................................ 348/586, 587,
348/588, 552; H04N 5/272

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,160,994 | 7/1979 | Mendrala | 348/587 |
| 4,473,842 | 9/1984 | Suzuki | 348/126 |
| 4,562,466 | 12/1985 | Clapp et al. | 348/415 |
| 4,568,981 | 2/1986 | Beaulier | 348/589 |
| 4,621,280 | 11/1986 | Shinohara et al. | 348/587 |
| 4,646,134 | 2/1987 | Komatsu | 348/391 |
| 4,667,233 | 5/1987 | Furukawa | 348/415 |
| 4,800,432 | 1/1989 | Barnett et al. | 348/591 |
| 4,887,156 | 12/1989 | Ohki | 348/415 |

| | | | |
|---|---|---|---|
| 4,951,140 | 8/1990 | Ueno | 348/413 |
| 4,968,132 | 11/1990 | Ferren | 352/46 |
| 5,249,039 | 9/1993 | Chaplin | 348/587 |
| 5,264,837 | 11/1993 | Buehler | 345/115 |
| 5,379,129 | 1/1995 | Othmer et al. | 358/450 |
| 5,448,307 | 9/1995 | Gelissen et al. | 348/584 |
| 5,469,536 | 11/1995 | Blank | 395/131 |

*Primary Examiner*—Howard W. Britton
*Attorney, Agent, or Firm*—Jones, Day, Reavis & Pogue

[57] **ABSTRACT**

A method that allows the real-time replacement of the designated background portion of an incoming video signal with an alternate background. The method utilizes the actual background image for reference as the basis for determining the background and foreground elements within the image with the end result being comparable to traditional blue-screen processes, such as chroma-key and ultimate technology, but requiring only a personal computer, video camera and the software. In this case, however, the reference background image can be any reasonably static scene with a sufficient and stable light source captured by the camera. The video data stream is modified in real-time by comparisons against the reference background image and is then passed on to its original destination. Multiple signal-noise processing algorithms are applied in real-time against the signal to achieve a visually acceptable matte.

**11 Claims, 2 Drawing Sheets**



U.S. Patent          Jun. 9, 1998        Sheet 1 of 2           5,764,306



FIG. I

FIG. 2



EXAMPLE OF BOOLEAN EXCLUSIVE-OR (XOR) OPERATION

*FIG. 3*

*FIG. 4*

5,764,306

1

## REAL-TIME METHOD OF DIGITALLY ALTERING A VIDEO DATA STREAM TO REMOVE PORTIONS OF THE ORIGINAL IMAGE AND SUBSTITUTE ELEMENTS TO CREATE A NEW IMAGE

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates in general to digital image processing and in particular to a system and method for altering a real time video data stream to remove portions of the original image and substitute elements to create a new image without using traditional blue screen techniques.

2. Description of Related Art Including Information Disclosed Under 37 CFR 1.97 and 1.98

In the motion picture and video industries two or more images are often combined into a single scene. For example, an image of a weatherman may be combined with another image of a weather map to show the weatherman standing in front of the map. This technique of combining images is primarily achieved through the use of a "blue screen" process in which one image is photographed against a solid blue background and the second image is substituted in place of that blue background. This substitution can be made electronically or through optical photographic techniques.

Various improvements have been made to the prior art "blue screen" process. U.S. Pat. No. 4,968,132 discloses a traveling matte process to create male or female mattes that can be altered or corrected frame-by-frame on a computer and that can be used to create special effects in conventional cinematography and video recordings without the need for a blue screen background. Further, in U.S. Pat. No. 4,800,432, a video difference key generator has a stored reference video image. An input video image is compared with the reference video image by an absolute difference circuit that subtracts different corresponding pixels of the two video images, the smaller from the larger to produce a difference video image. The difference video image may be filtered and then is input to a transfer function circuit to produce an output that may be used as a key signal for compositing video images.

There would be a significant advantage to these background replacement methodologies if the laborious and time-consuming functions could be performed in real-time, if analysis of video frames could provide greater understanding of the image composition within each video frame, and if the use of blue screen techniques could be avoided altogether.

### SUMMARY OF THE INVENTION

The present invention simplifies the process of removing the background scene from a video image and replacing it with an alternate background. A simple PC computer can be utilized instead of the complex computer systems of the prior art. In the present invention, a series of video frames (or a single frame) produced by a stationary video camera are captured. These image(s) and their slight frame-to-frame variations, such as lighting, color, shadow, subtle movements, and the normal variations produced by the video camera itself are passed to the computer from the camera where they are analyzed by the software to produce a mathematical description of the video, in real-time, as it is captured by the computer.

The mathematical description of the captured video is then used to analyze new video segments of the same scene to determine if any changes to the scene have taken place.

2

Elements of the new video that fall within a preset tolerance relative to the original mathematical description, are defined as background. Elements of the new video that fall outside the preset tolerance are defined as foreground and can be isolated from the background. This understanding and isolation of the different foreground and background video elements allow modifications to be made to the new video stream.

For example, the background can be changed to an entirely new image while the foreground remains unchanged. The background image may be one of a moving video, a bitmap, or animation as desired.

Thus, the functionality of traditional blue screen processes are achieved without using a blue screen.

Therefore, it is an object of the present invention to remove the background image from a live video scene, in real-time, through the use of a software-only programming mechanism that employs a mathematical description of the elements of the live video scene and which does not employ traditional blue screen processes, and replaces the background image, in real-time, with an alternate background image including the original foreground elements.

Thus, the present invention relates to a method of digitally altering, in real-time, a live video scene, with a computer system having a memory, a visual display, and a stationary video camera connected to the computer such that the video signals from the camera pass to the computer where an altered video scene is formed. This is performed by first digitally capturing and then mathematically describing one or several frames of the live video scene, referred hereinafter as the "reference view", in a first data structure in memory. Next, each subsequent frame from the live video scene is digitized and captured by the computer, with each new frame mathematically described by the software and stored in a second data structure in memory. In real-time these first and second data structures are compared using multiple signal-noise processing algorithms, available to anyone sufficiently skilled in the art, and the background image of the reference view is mathematically removed from the newly captured frame. Additionally, at this stage, given that a mathematical description of a different background image in a third data structure in memory is available, such as recorded video, a bitmap, or animation, it may be substituted into the second data structure in place of the removed background image of the reference view thereby creating a new mathematical description of the digitized frame. Finally, the mathematical description of the frame is converted back into a video signal and displayed on the visual display, or transferred to any suitable destination such as a video-conferencing participant or a capture file. Thus, the output from this process gives the appearance that any foreground elements in the original video scene (the reference view) are now superimposed on a different background creating a new image.

### BRIEF DESCRIPTION OF THE DRAWINGS

These and other features of the present invention will be more fully disclosed when taken in conjunction with the following DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS in which like numerals represent like elements and in which:

FIGS. 1(A)–(D) are representations of the display screen when it shows the reference view, the black (empty) screen it presents when the reference view has been mathematically removed, the black screen with new foreground elements detected, and a replacement view substituted for the reference view with the previous foreground elements forming a new image;

5,764,306

3

FIG. 2 is a schematic representation of the manner in which the screens in FIG. 1 are obtained;

FIG. 3 is a representation of the mathematical boolean exclusive-OR operation that matches duplicate bit values between two matching sets of boolean data and which represents a reference view stored in standard digital data format with the reference view then being digitally compared to data representing the live video scene to leave only data that is not present in both scenes; and

FIG. 4 is a flow chart illustrating the novel steps of the present invention.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT(S)

FIGS. 1(A)–(D) represent the basic steps in the novel process of the present invention. In FIG. 1(A) a reference view is captured and displayed on the computer's visual display. A reference view is defined as a mathematical description of a finite sequence of digitized video frames that is stored in a data structure in a computer memory location. It is used as the representative video scene for the separation of foreground and background elements from subsequently captured digital video frames. A reference view can be comprised of one or many digitized video frames depending upon the algorithm chosen.

Subsequent video scenes of the same view are mathematically removed from each captured frame by making comparisons against the reference view. Adjustments are made to the algorithm's parameters (either manually or automatically by the software) until the display screen is entirely empty (the color black was chosen in this case but it could have easily been white or any color) signifying complete removal in real-time of the reference view from the digitized video stream as illustrated in FIG. 1(B).

The display screen shown in FIG. 1(C) demonstrates the effect achieved when a person moves into the scene as captured by the video camera. Since the person was not a part of the reference view, he is considered by the software process a foreground element and appears superimposed in front of the black background. All of the scene, except for the person, is being mathematically removed from the digitized video stream in real-time by the software.

FIG. 1(D) demonstrates the ability to replace the removed reference view with an alternate view. A computer graphic, animation, or video may be digitally substituted for the reference view giving the appearance the person is in front of the alternate view. Thus the results shown in FIG. 1(D) demonstrate how foreground and background elements have been digitally rearranged resulting in a new image.

FIG. 2 illustrates the apparatus of the present invention for creating the new image. The reference view 10 includes a desk 12 and a chair 14 defined as the visual image captured by the camera 16. The reference view should be free of unnecessary motion and should be illuminated by stable and strong overall lighting for the best effect.

The camera 16 must be mounted in a stable position and is connected to a personal computer 18. The personal computer 18 will include the appropriate video software and hardware required by the camera when it is installed and operational. Video software can include operating system video drivers, compressors, decompressors, and applications of software such as video conferencing or video editing software. The personal computer 18 digitizes the captured reference view, stores it in a first location of its memory schematically represented by unit 19 and displays it. The personal computer 18 contains a software system running in

4

its random access memory (also represented schematically by unit 19). The software system captures the video signal from camera 16 as each frame that is indicated to be part of the reference view appears. The subsequent frames are captured as indicated by reference numeral 20. To achieve superior results, the scene being viewed by the camera 16 should be reasonably free of movement and well lighted. The reference phase 20 of the software builds a set of data structures, easily understood by anyone sufficiently skilled in the art, containing values that represent the scene, the dynamics of the lighting, and variations in the pixel values caused by the camera movements. The reference phase is adjustable to allow for optimum rendering of the scene. The reference scene 10 is displayed on the computer's monitor 22 to allow for easy adjustments by the operator. The software also allows for automatic adjustment. Phase 24 represents the removal phase of the software system that mathematically removes the reference view from the captured video signal, thus leaving an empty view 27 (represented here by the color black) on the computer's monitor 22. The removal phase requires processing by multiple passes of signal-noise processing algorithms (well known in the art) against the data representing each captured frame of the video scene to create a visually acceptable empty view 27. "Visually acceptable" is defined as a solid unwavering single color (black was chosen here) video image.

The replacement phase 28 of the software allows the replacement, in real-time, of an alternative background image onto the resultant video signal. The replacement scene 32 is also stored in another computer memory location also represented schematically by unit 19 and can be a moving video, a bitmap, or animation. Any type of visual image or set of images can be placed on the empty view. The replacement image is mapped pixel-by-pixel to the empty pixels left when the reference view was removed. Since the pixels map from an identical coordinate system to the reference view, the replacement image is displayed as would be expected. The new replacement scene 32 is then displayed on the computer monitor 22 as shown.

The operator 34 now enters the camera's view adding a new element to the captured video scene 33. The video scene is captured by the same camera 16. The incoming video signal representing the video scene 33 is stored in another computer memory location in unit 19 and is displayed on monitor 22 of computer 18. That signal passes to the matting phase as depicted by the numeral 40 and is processed such that only the mathematical difference, within adjustable tolerances, between the live scene 33 and the original reference view 10 (in this case, the person 34) is displayed upon the replacement view 32 transforming it into the new image. The new image shown on display monitor 22 includes the alternate scene 32 and the added person 34. Best results are achieved if the operator is not wearing colors that correspond directly to colors that are directly posterior in the reference view 10. The result is similar to the blue-screen processes and can cause a bleed-through effect. Unlike blue-screen processes, however, certain parameters within the software (since it has an understanding of the visual elements within the scene) can account for a percentage of the bleed-through effect and remove it.

As stated earlier, alternate scenes that can replace the reference view are easily swapped in and out of the video stream. The process scales quite well to color video, although there is a correspondingly larger demand on the central processing unit of the PC, due to the greater data requirements of color. A moving video background may be

5,764,306

5

replaced into the live video screen giving the appearance of an office meeting.

FIG. 3 illustrates a simplistic boolean exclusive-OR arrangement, known to anyone skilled in the art, that matches duplicate bit values between two matching sets of binary data and which is conceptually utilized in the present process to obtain an empty view. Consider the eight bits of row A to be the stored reference view and the eight bits of row B to be a captured frame from the subsequently captured incoming video. If the eight bits of row B were identical to the eight bits of row A and they were subject to an exclusive-OR operation, the output would be all zeros or an empty frame would be generated. Given that row B illustrates the eight bits of the video scene 33 as shown in FIG. 2 and displayed on computer display 22, by performing an exclusive-OR operation between rows A and B, row C is obtained. Note the only data shown exists where there has been a change in the video scene compared to the reference view. Thus, the only information that is displayed 1is the change in data represented by bits 3, 5, and 8.

Thus, summarizing, the reference view is captured in row A and stored in standard digital data format. It is then subject to an exclusive-OR operation to data representing a live video scene of the same view and shown in row B. The common data present in both scenes then can be subtracted out of each frame of the live video. In a perfect world, this would be the only operation necessary to achieve a perfect matting effect. However, in reality, an entire series of advanced signal-noise processing algorithms must be applied against the data multiple times to achieve this separation of foreground and background elements due to variances in lighting and shadows over time, subtle movements in the reference view, and the digital quantification effects of the CCD video camera on pixels between successive frames. The iterative use of such series of algorithms is well known to those skilled in the art.

FIG. 4 illustrates the novel process of the present invention. Thus, the process starts at step 46. At step 48, data representing live video is routed from an input device such as a video camera into a computational device such as a PC. Within the PC, it is converted into a digital representation of the analog data (if that has not already been performed by the camera) and moved into a representative data structure at a memory store. This is the reference view that is captured.

At step 50, a decision step, it is determined if the proper scene is captured. If not, the process is routed at 52 back to step 48 until the proper scene is captured. This is visually determined by the operator of the software.

When the proper scene has been captured, at step 54, using the data from the reference view initially stored at step 48, a series of algorithms are applied against digitized captured frames from the current video feed. The algorithms attempt to match the chrominance and luminance values for pixels in corresponding positions within each frame to the corresponding chrominance and luminance pixels initially stored as the reference view in step 48. When a match is determined, this pixel position within the frame is marked as empty.

Due to variances in lighting, shadows, movement, and the quantification effect when analog data is converted to digital data, the pixels corresponding to the same view within subsequent frames can vary in their values. Thus, data structures representing all this information are created and maintained by the software within memory. Subsequently, sophisticated, well-known signal-processing algorithms, or

6

"filters", are applied against the incoming video data to accurately identify pixels as matching between frames and thus marking them as empty In this manner the reference view captured at step 48 is eliminated from the captured video scene. This process is repeated for every captured frame of incoming video data. At decision step 56, it is determined if the reference view is completely removed from the captured video. The degree of background removal can be adjusted manually or automatically by the software to remove the maximum amount of the reference view from the current video feed. If the scene is not completely removed, the process reverts along 58 back to step 54. If the reference view is sufficiently removed as determined by the software or the operator, the process moves at 60 to step 64 where the scene is varied as by a user entering the video camera's view. Typically in this step, a person (referred to in the production industry as "talent") enters the scene being captured by the video camera. Since the talent pixel data is not a part of the reference view, the software recognizes that the talent pixel values do not match the original pixel values and considers them foreground elements. The talent pixels are not removed and subsequently appear within an empty frame of video as shown in FIG. 1(C). At step 66, additional signal-noise processing algorithms may be applied against the captured video feed to enhance the image of the talent or "hero" in the empty frame as shown in FIG. 1(C). These filters may be quite sophisticated. For example. if the talent's tie matches the color of the background in the reference view shown in FIG. 1(A), "bleed-through" is observed. However, with an appropriate filtering algorithm applied, sophisticated guesses can be made by the software to exclude the tie from being marked as empty (since it matches the pixel data of the reference view directly posterior to the tie) based on the fact that it is surrounded by foreground elements. This is an important feature that traditional broadcast technology, such as chroma-key and ultimate cannot achieve. The implementation of these filters may be done manually or automatically by the software.

At step 68, if the image of the talent is acceptable, the process moves to step 72. If not, it reverts at 70 back to step 66 where the filters continue to be manipulated until the talent is properly displayed at step 68.

When the talent is properly displayed at step 68, the process moves to step 72 where an alternate background can now be substituted for the empty portions of the video scene. This new image may be any graphical image capable of being represented digitally within a computer system and will create the illusion that the talent is now in front of the new background. The substitution of the new image is achieved by replacing the corresponding empty pixels with the corresponding pixels of the new image on a frame-by-frame basis. Using this technique, if the talent moves, he will appear to be moving in front of the new background. The background may be a pre-recorded video which can be manipulated frame-by-frame. This gives the effect of the talent in front of a moving background.

If the session is complete at step 74, the process stops at step 78. If the session is not complete, the process moves at 76, back to step 72.

Thus, there has been disclosed a novel system which allows the real-time replacement of the designated background portion of an incoming video signal with an alternative background. The system utilizes the actual background image of the reference view as the basis of creating a new video image with the end result being comparable to traditional blue-screen processes, such as chroma-key and ultimate technology, but requiring only a personal computer,

5,764,306

7

video camera, and the software. In this case, however, the background image can be any reasonably static scene with a sufficient and stable light source captured by the video camera. The video stream is modified in real-time and then is passed on to its original destination.

The corresponding structures, materials, acts, and equivalents of all means or step plus function elements in the claims below are intended to include any structure, material, or act for performing the function in combination with other claimed elements as specifically claimed.

What is claimed is:

1. A method of digitally altering a video data stream representing an original image in real-time, using a computer system having a memory, and a visual display screen, to remove portions of the original video image and substitute new elements to create a new video image comprising the steps of:

storing at least one frame of data representing said original image in a first incoming video data stream in a data structure in a first location in said memory in a computer;

displaying said stored original image on said visual display;

capturing real-time video from a second incoming video data stream representing a subsequently modified original image and storing data representing said modified original image in a data structure in a second location in said memory in a computer;

comparing video data in the second video data stream representing said original image with modifications with said stored original image video data to differentiate the background and foreground elements;

removing the common background elements of said stored original image and the subsequently modified original image leaving only foreground elements of said subsequently modified original image;

replacing said background elements of said subsequently modified original image with alternate background replacement elements; and

displaying only the foreground elements in said subsequently modified original image upon the said alternate background replacement elements to form said new image.

2. The method as in claim 1 further comprising the steps of:

using a stationary video camera to obtain said original image in the form of said first incoming video data and said subsequently modified original image in the form of second incoming video data;

coupling said camera first and second incoming video data to said computer; and

digitizing said first incoming video data of said original image and said second incoming video data of said second real-time video data stream for storage in respective first and second locations in said memory.

3. The method as in claim 2 further comprising the steps of:

causing said original image to be reasonably free of movement; and

lighting said original image sufficiently to enable the detection and separation of background and foreground elements when said digitized second real-time incoming video data stream is compared with said stored digitized original image.

4. The method as in claim 3 further comprising the steps of:

8

creating said first and second video signals with pixel receptors in said video camera, each pixel receptor generating an output signal containing values that represent the stored original image carried by the first incoming video data stream and the stored real-time incoming original image carried by the second video data stream; and

creating a first set of data structures in said memory for storing values from said pixel receptors that represent variations in the original image, variations in the dynamics of the original image lighting, and variations in pixel signal values caused by the camera pixel receptors generating the first incoming video data stream representing said original image.

5. The method as in claim 4 wherein the step of comparing the video data in said second real-time video data stream representing said modified original image with the stored original image data further comprises the steps of:

creating a second set of data structures in said memory for storing data that represents variations in the second real-time original image, variations in the dynamics of the lighting, and the signal variations in pixel signal values caused by the camera pixel receptors for the second real-time original image; and

comparing pixel values of said data stored in said second data structure for said second real-time original image with corresponding pixel data values stored in said first data structure to determine foreground and background elements in said second real-time original image.

6. The method as in claim 5 further comprising the steps of: comparing the data in said second real-time video data stream representing said modified original image with the stored original image data; and

generating signals representing only said foreground elements for display on said alternate background replacement elements.

7. The method as in claim 6 further including the step of adding a person to said second real-time video data stream to replace at least a portion of said original image.

8. The method as in claim 6 wherein the step of forming said alternate replacement image further comprises the step of providing one of a moving video, a bitmap, or animation, or any image capable of being represented in a digital format, as the alternate replacement image.

9. A computer-aided system for digitally editing, in real-time, a video data stream representing an original image by identifying and separating portions of the original image into foreground and background elements and replacing the background elements of the original image with substitute elements to create a new image, the system comprising:

a visual display for displaying said original image contained in said video data stream;

a camera having a device associated therewith for digitizing video data representing said original image and captured by said camera;

a computer coupled to said visual display and said digitizing device;

a first memory in the computer for storing the digitized original image from said video data stream;

said camera and digitizing device capturing and digitizing a second real-time video data stream containing data representing the original image;

a second memory in the computer for storing the digitized second real-time original image from said video data stream;

5,764,306

9

a third memory in the computer for storing program instructions for comparing the digitized second real-time original image with the stored original image to detect and separate foreground and background elements;

an alternate replacement background image stored at a fourth memory available to said stored program instructions for display on said visual display;

said second real-time original image being modified by the background elements thereof being replaced with the alternate replacement background image;

said camera and associated device capturing and digitizing said modified original image having the replacement background image; and

said program instructions comparing said modified original image with said stored original image to obtain only foreground elements and causing said foreground elements to be displayed upon the alternate replacement image to form the new image.

10. A computer memory product containing a program for causing real-time digital alteration of a video data stream from pixel receptors in a video camera that represents an original image by removing portions of the original image and substituting elements to create a new image, the program comprising the steps of:

causing video data in a first video data stream representing the original image to be stored in a first computer memory location;

causing a comparison of a real-time video data stream representing the original image having substitute por-

10

tions added thereto with the stored original image to obtain only the substitute portions; and

controlling the computer in response to program instructions stored in the memory of the computer to cause a visual display of only the substitute portions of the original image upon an alternate replacement image to form a new image.

11. The program of claim 10 further comprising the steps of:

accessing a first set of data structures in the first memory location in the computer that stores digitized video signals that represent the original image carried by the first video data stream including variations in the dynamics of the original image lighting, motion, and variations in pixel signal values caused by the video camera pixel receptors;

accessing a second set of data structures in the computer memory that stores data that represents variations of the original image with substitute portions therein in a second real-time video data stream, variations in the dynamics of the lighting of the original image, motion, and the signal variations in pixel signal values for the second real time video data stream; and

controlling the computer to cause a comparison of the stored data from the second real-time video stream, including substitute portions, with the stored original image data to determine foreground and background elements.

*  *  *  *  *

# EXHIBIT B



<u>Click Here to Browse or Shop Online</u>

The SIU Apple Sales Center is your local resource for Apple product information and assistance. Our office is furnished with demo units from Apple's most current product line, available for you to test drive. We are pleased to be able to offer you educational discounts and/or special promotions on all Apple products including computers, accessories, software and a huge selection of third party products including printers, scanners and cameras.

Click the link above to access the log-in for the Authorized Campus Store. You will have to use your SIU network ID and password to log-in. Your ID is the first part of your SIU e-mail address (excluding the @siu.edu part). Use the password associated with that e-mail address. If you do not remember your ID and password, or are locked out, you need to contact Information Technology resolve the problem. Their number is 453-6280. If you cannot gain entry to the online store after communicating with Information Technology, contact us at 453-8987 and we can assist you.

Abby Razer is our mobile Apple Campus Representative. Faculty and staff needing assistance with institutional purchases or proposals can contact Abby with questions. Additionally, faculty and staff may create their own proposal or just browse <u>Apples Store for Institutional Purchases</u>. Instructions for purchasing can be found <u>here</u>.

Institutional Purchases

Southern Illinois University has an ongoing contract with Apple for direct purchases of Computers, Software and Accessories. The entire Apple product line is available under the current contract. Built-to-order options are available so that systems can be customized to fit the needs of both individual customers and departments. Products are available at educationally discounted prices.

For **institutional** purchases using University funds, go to the **Apple Store for Education**, select "Shop for your School" and find Southern Illinois University. You will be taken to the custom SIU Apple Store for institutional purchases. Select the equipment that you would like to purchase and place the items in your shopping cart. When you have completed this process, click on the top button labeled "View your Proposal" and make sure that all the items and quantities in your shopping cart are correct. Next, click on the "Create Proposal" button and set up an Apple ID account if you don't have one already. After doing so, you will be taken to the "Proposal Information" page, which requires additional information about the proposal. Be sure to include you email address, as well as your purchaser's email address. Next, please click the "Continue" button, at which time you will be taken to a page that will say "Thank you!" at the top and will indicate that your proposal has been sent to you via e-mail. The email you receive from Apple will have instructions for completing your purchases. These instructions are for the purchasing dept. at SIU. You only need to "Download Your Proposal Information" and print a copy. After your department and fiscal officer have approved the purchase, you can send the proposal along with your purchase requisition to SIU Purchasing. If you would like to use a P-card for your purchase, you will need to download a P-card purchase form from the SIU Purchasing website and send that with your proposal to purchasing. For further information about purchase requisitions, contact Tina Logan in purchasing at tlogan@siu.edu.

Here are additional Apple links:
**Apple Education: (http://www.apple.com/education)**
**Apple Education Store: (http://www.apple.com/education/store)**

For order status, pricing or product information you many contact the Apple Higher Education Support Line at 1.800.800.2775.



Apple Authorized Business Agent Program

# Find an Agent

| Use an Agent | Agent Store | Find an Agent | Top Performers | Become an Agent | Agent Login |

62201

**Showing results 1- 10 of 75**

Show next 10 Agents

| Agent | Phone | Location | Distance |
|---|---|---|---|
| MacHQ | 314-647-6647 | Saint Louis, MO 63143 | 9.3 miles |
| iN2Mac, LLC | 314-374-5702 | St. Charles, MO 63304 | 28.2 miles |
| Optimac | 217-391-4543 | Litchfield, IL 62056 | 46.2 miles |
| scientistsuperstar enterprises inc. | 618-203-4377 | Carbondale, IL 62903 | 80.1 miles |
| C.P.U., Inc. | 573-334-2420 | Cape Girardeau, MO 63702 | 97.5 miles |
| Aloha Technologies Inc. | 573-231-1008 | Hannibal, MO 63401 | 99.7 miles |
| The Macxprts Network | 573-446-2775 | Columbia , MO 65203 | 121.4 miles |
| Champaign Urbana Computer Consultants | 217-239-5022 | Champaign, IL 61820 | 144.4 miles |
| Guardian Computer Systems, Inc. | 812-232-5800 | Terre Haute, IN 47802 | 156.7 miles |
| R Cubed Technologies | 309-342-8233x101 | Galesburg, IL 61401 | 160.7 miles |

**Please call your Authorized Business Agent for product availability.**

 Search

Site Map | Search Tips

Visit the Apple Store online or at retail locations.
1-800-MY-APPLE

Contact Us | Terms of Use | Privacy Policy
Copyright © 2004 Apple Computer, Inc. All rights reserved.

# EXHIBIT C



Reviewer Copy #V32019

## About StarFX

StarFX Version 3.2.0.133
Copyright (C) 1998-2000
Viewics Corporation

StarFX(tm) technology protected by U.S. Patent No. 5,764,306.  International patents applied for.

The Republic of China Invention Patent No. NI-103861.

Portions of this product were created using LEADTOOLS ©1991-1998, LEAD Technologies, Inc.  ALL RIGHTS RESERVED.

StarFX and LogoBoy are trademarks of Viewics Corporation

OK

StarFX

StarFX Sample

NO VIDEO

Welcome to StarFX

Welcome to StarFX

5:00 PM

4 of 23

COUNTY IN WHICH THIS ACTION AROSE: JACKSON COUNTY, IL

## Case No. 3:07-cv-803 DRH

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September, 1974, is required for the use of the Clerk of the Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THIS FORM.)

| I.(a) PLAINTIFF | DEFENDANT |
|---|---|
| Digital Background Corporation | Apple, Inc. |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: |
|---|---|
| Orange County, CA | |
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY)<br>Note: in land condemnation cases, use the location of the tract of land involved |

| (c) ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Paul A. Lesko; Stephen C. Smith; Katharine A. Wark<br>SimmonsCooper LLC<br>707 Berkshire Blvd.; PO Box 521<br>East Alton, IL 62024<br>Tel: 618.259.2222; Fax: 618.259.2251 | |

**II. BASIS OF JURISDICTION** (Place an "X" in one box only)

☐ 1. U. S. Government Plaintiff
☒ 3. Federal Question (U.S. Government not a party)
☐ 2. U. S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (place an "x" in one box for plaintiff and one box for defendant)

(For Diversity Cases only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Inc. or Principal Place of business in this State | ☐ 4 | ☐ 4 |
| Citizen of another State | ☒ 2 | ☒ 2 | Inc. & Principal place of business in another State | ☐ 5 | ☐ 5 |
| Citizen or subject of a Foreign country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** *(PLACE AN "X" IN ONE BOX ONLY)*

☒ 1 Original Proceeding
☐ 2 Removed to State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** *(PLACE AN "X " IN ONE BOX ONLY)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recov Of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Exc. Veterans)<br>☐ 153 Recov. Of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liab. | **PERSONAL INJURY**<br>☐ 318 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employer Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Pers. Inj. | **PERSONAL INJURY**<br>☐ 362 Personal Injury – Med. Malpractice<br>☐ 365 Personal Injury – Product Liability<br>☐ 368 Asbestos Personal Injury Prod. Liab.<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 R. R. & Truck<br>☐ 650 Airline Regs.<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 App. 28 USC 158<br>☐ 423 Withdrawal<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☒ 830 Patent<br>☐ 840 Trademark | ☐ 400 State Reapportion<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICCRaten<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced& Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodity Exchange<br>☐ 875 Customer Challenge 12 USC 3410 |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | **PRISONER PETITIONS**<br>☐ 510 Motions to Vacate Sentence<br>**HABEAS CORPUS**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | **LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relation<br>☐ 730 Labor/Mgmt. Report. & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | **SOCIAL SECURITY**<br>☐ 881 HIA (1385ff)<br>☐ 882 Black Lung (923)<br>☐ 883 DIWC/DIWW<br>☐ 884 SSID Title XVI<br>☐ 885 RSI (405 (g))<br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaint or Defendant)<br>☐ 871 IRS - Third Party 28 USC 7508 | ☐ 891 Agricultural Acts<br>☐ 892 Economic Stabiliz. Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act<br>☐ 900 Appeal of Fee Determ. Under Equal Access to Just.<br>☐ 950 Constitutionality of State Statutes<br>☐ 990 Other Statutory Action |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

35 U.S.C. 271 – infringement of U.S. Patent 5,764,306

**VII. REQUESTED IN COMPLAINT:**
Check if this is a CLASS ACTION
☐ Under F.R.C. 23

DEMAND
Injunctive and other relief
$ Damages to be determined

CHECK YES only if demanded in complaint
JURY DEMAND ☒ Yes ☐ No

**VIII. RELATED CASE(S)** (See Instructions)
IF ANY - None

Date: November 14, 2007 By: s/Paul A. Lesko

FOR OFFICE USE ONLY

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM **JS-44**
## Authority For Civil Cover Sheet

The JS-44 Civil Cover Sheet and the information(contained herein neither replaces nor supplements the filings and services of pleading or other papers as required by law, except as provided local rules or court This form, approved by the Judicial Conference of the United States in September 1974, is required for the use (of the Clerk of the Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.     (a) **Plaintiffs - Defendants**. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency identify first the agency and then the official, giving both name and title

     (b)     County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE:- In land condemnation cases, the country or residence of the -defendant" is the location of the tract of land involved.)

     (c)     Attorneys. Enter the firm name, address, telephone number and attorney of record. If there are several attorneys, list them on an attachment noting in this section "(see attachment)",

II.     **Jurisdiction**. The basis of jurisdiction is set forth under Rule 8(a) F.R.C.P. which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant (2) When the plaintiff is suing the United States, its officers or agencies, place an -X' in this box

Federal question (3) This refers to suits under 28 USC. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked the citizenship of the different parties  must be checked. (See Section III below federal question actions take precedence over diversity

III.     **Residence (citizenship) of Principal Parties**. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.     **Origin** Place an -X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State court (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened (4) check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District (5) For cases transferred under title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict litigation. (6)Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C Section 1407. When this box is checked do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

V.     **Nature of Suit**. Place an -X' in the appropriate box It the nature of suit cannot be determined, be sure the cause of  action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

VI.     **Cause of Action**. Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII.     **Requested In Complaint**. Class Action. Place an "X" in this box if you are filing a class action under Rule 23. F.R.Cv.P.
Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.     **Related Cases**. This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**. Date and sign the civil cover sheet.