UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DIGITAL BACKGROUND CORPORATION, | ) ) ) | |
| *Plaintiff,* | ) ) | Case No: 3:07-cv-803 DRH |
| v. | ) ) | JURY TRIAL DEMANDED |
| APPLE, INC., | ) ) ) | |
| *Defendant.* | ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. Pro. 7.1, notice is hereby given by counsel of record for Plaintiff Digital Background Corporation that the following corporate interests are disclosed:

1. The parent companies of the corporation:

   **Acacia Patent Acquisition Corporation**

2. Subsidiaries not wholly owned by the corporation:

   **None**

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

   **Acacia Research Corporation**

/
/
/
/
/
/
/
/

1

                                        Respectfully submitted,
                                        DIGITAL BACKGROUND CORPORATION

                                        By its attorneys,
                                        SIMMONSCOOPER LLC

Dated:  November 14, 2007          By:  <u>s/Paul A. Lesko</u>
                                        Paul A. Lesko – IL  #6288806
                                        Stephen C. Smith – IL #6279828
                                        Katharine A. Wark – IL #6285247
                                        707 Berkshire Blvd.
                                        P.O. Box 521
                                        East Alton, Illinois  62024
                                        Tel:  (618) 259-2222
                                        Fax:  (618) 259-2251
                                        Email:  <u>plesko@simmonscooper.com</u>