AO 440 (Rev. 10/03) Summons in a Civil Action

# United States District Court

## Southern District of Illinois

DIGITAL BACKGROUND CORPORATION,

    Plaintiff,

        v.

APPLE, INC.,

    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: 07-803-DRH

TO: (Name and address of defendant)

Apple, Inc.
c/o Registered Agent CT Corporation System
818 West Seventh Street
Los Angeles, California  90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Paul A. Lesko
Stephen C. Smith
Katharine A. Wark
SimmonsCooper LLC
707 Berkshire Blvd.
P.O. Box 521
East Alton, IL  62024

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Norbert G. Jaworski          November 16, 2007

CLERK          DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me† | 11/30/07 |
| NAME OF SERVER (PRINT)  Cory Crosby | TITLE  Registered Court Proces Server |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: C. T. Corporation System,
818 West Seventh Street
Los Angeles, CA 90017

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $40.00 | TOTAL $40.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/30/07
          Date

Signature of Server

265 W. Foothill Blvd. #I-102
Address of Server
San Dimas, CA 91773
Registered in San Bernardino County #325

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.