IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DIGITAL BACKGROUND CORPORATION,** )<br>)<br>**Plaintiff,** )<br>)<br>-vs- )<br>)<br>**APPLE, INC.,** )<br>)<br>**Defendant.** ) | No. 07-CV-803 DRH-CJP |

## ORDER

Pursuant to **28 U.S.C. § 455**, the undersigned judge hereby **RECUSES** himself from further proceeding in the above-entitled matter.  Through random draw, the Clerk of Court has reassigned this matter to United States District Judge William D. Stiehl.  All further documents filed in this matter shall bear case number 07-CV-803 WDS-CJP.

**IT IS SO ORDERED**.

DATED: This  12th  day of December , 2007.

/s/     *David R Herndon*

**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**