UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DIGITAL BACKGROUND CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-CV-00803-WDS-CJP |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO PLEAD**

Defendant, Apple, Inc. ("Apple"), respectfully moves the Court for an extension of time, to and including January 22, 2008, within which to file and serve its responsive pleadings and/or motions in the above styled cause. In support of this motion, Apple states that the additional time is required to adequately investigate the facts and allegations contained in plaintiff's Complaint so that Apple may properly respond. The requested thirty day extension will not prejudice plaintiff nor impact on the scheduling of this case, and counsel for plaintiff has consented to the requested extension.

Dated: December 18, 2007.         Respectfully submitted,

　　　　　　　　　　　　　　　　　　HUSCH & EPPENBERGER, LLC

　　　　　　　　　　　　　　　　　　By: /s/   Greg G. Gutzler
　　　　　　　　　　　　　　　　　　　　Joseph P. Conran
　　　　　　　　　　　　　　　　　　　　joe.conran@husch.com
　　　　　　　　　　　　　　　　　　　　Greg G. Gutzler
　　　　　　　　　　　　　　　　　　　　greg.gutzler@husch.com
　　　　　　　　　　　　　　　　　　　　Dutro E. Campbell
　　　　　　　　　　　　　　　　　　　　bruce.campbell@husch.com
　　　　　　　　　　　　　　　　　　　　190 Carondelet Plaza, Suite 600
　　　　　　　　　　　　　　　　　　　　St. Louis, MO 63105
　　　　　　　　　　　　　　　　　　　　Office: (314) 480-1500
　　　　　　　　　　　　　　　　　　　　Fax: (314) 480-1505

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Apple, Inc.*

2853946.01

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system to those attorneys of record with an email address indicated, this 18th day of December, 2007:

Paul A. Lesko, Esq.
plesko@simmonscooper.com
Stephen C. Smith, Esq.
Katharine A. Wark, Esq.
SimmonsCooper LLC
707 Berkshire Boulevard
Post Office Box 521
East Alton, IL 62024

*Attorneys for Plaintiff Digital Background Corporation*

/s/ Greg G. Gutzler_____