IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DIGITAL BACKGROUND CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )    CAUSE NO. 07-803-WDS |
| APPLE, INC., | ) ) ) |
| Defendant. | ) |

**O R D E R**

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: December 19, 2007.**

                        s/ WILLIAM D. STIEHL
                              DISTRICT JUDGE

Case reassigned to United States District Judge J. Phil Gilbert.  All future pleadings shall bear Cause No. 07-803-JPG.