IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DIGITAL BACKGROUND CORPORATION,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No.  **07-803-WDS** |
| **APPLE, INC.,** | ) ) | |
| Defendant. | ) | |

## ORDER

**PROUD, Magistrate Judge:**

Upon consideration and for good cause shown, defendant's Consent  Motion for Extension of Time **(Doc. 8)** is **GRANTED.**

Defendant is granted additional time, up to and including **January 22, 2008**, in which to answer or otherwise respond to plaintiff's amended complaint.

**IT IS SO ORDERED.**

DATED: December 21, 2007.

s/ **Clifford J. Proud**
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**