IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DIGITAL BACKGROUND CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-CV-00803-WDS-CJP |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Joseph P. Conran and the firm of Husch & Eppenberger, LLC, hereby enter an appearance as counsel of record for defendant, Apple, Inc. ("Apple") in the above styled cause.

Dated:  December 26, 2007.             Respectfully submitted,

HUSCH & EPPENBERGER, LLC

By: /s/  Joseph P. Conran  _____
Joseph P. Conran
joe.conran@husch.com
Dutro E. Campbell
bruce.campbell@husch.com
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
Office:  (314) 480-1500
Fax:   (314) 480-1505

*Attorneys for Defendant Apple, Inc.*

2858231.01

## **CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system to those attorneys of record with an email address indicated, this 26th day of December, 2007:

Paul A. Lesko, Esq.
plesko@simmonscooper.com
Stephen C. Smith, Esq.
Katharine A. Wark, Esq.
SimmonsCooper LLC
707 Berkshire Boulevard
Post Office Box 521
East Alton, IL 62024

*Attorneys for Plaintiff Digital Background Corporation*

                                                /s/ Joseph P. Conran_____