IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

FILED

07 DEC 28 PM 3: 17

| | | |
|---|---|---|
| DIGITAL BACKGROUND CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-CV-00803-WDS-CJP |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS ORDERED** that, the fee having been paid,

(Movant): <u>Dutro E. Campbell</u>                                  .

(Firm): <u>Husch & Eppenberger, LLC</u>                            .

(Address): <u>190 Carondelet Plaza, Suite 600, St. Louis, MO 63105</u>                    .

(Telephone #): <u>314-480-1500</u>            (Fax #): <u>314-480-1505</u>            .

is admitted to practice pro hac vice (for this case only) before the United States District Court for the Southern District of Illinois, as attorney for defendant, Apple, Inc.

DATED: <u>12/28/2007</u>

BY ORDER OF COURT:

Norbert G. Jaworski, Clerk

By: [signature]
Deputy Clerk

2858240.01

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

FILED
07 DEC 28 PM 3:17

| | |
|---|---|
| DIGITAL BACKGROUND CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:07-CV-00803-WDS-CJP |
| ) | |
| APPLE, INC. ) | |
| ) | |
| Defendant. ) | |

## MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes now Dutro E. Campbell, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of Defendant, Apple, Inc. ("Apple"), and in support of thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the States of Missouri and Kansas.

2. That movant is a member in good standing in the Bars as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the laws, facts and procedures relating to the subject matter of this litigation.

WHEREFORE, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois in the above-entitled cause.

2858240.01                                    1

Dated: December 27, 2007.

Respectfully submitted,

HUSCH & EPPENBERGER, LLC

By: _____
Dutro E. Campbell
bruce.campbell@husch.com
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Office: (314) 480-1500
Fax: (314) 480-1505

*Attorneys for Defendant Apple, Inc.*

2858240.01

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed in paper form with the Clerk of Court and served by first class mail, postage prepaid, on all attorneys of record as indicated below, this _28_ th day of _December_, 2007:

Paul A. Lesko, Esq.
plesko@simmonscooper.com
Stephen C. Smith, Esq.
Katharine A. Wark, Esq.
SimmonsCooper LLC
707 Berkshire Boulevard
Post Office Box 521
East Alton, IL 62024

*Attorneys for Plaintiff Digital Background Corporation*

*Monica McCarthy*