IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DIGITAL BACKGROUND CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-CV-00803-WDS-CJP |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ENTRY OF APPEARANCE

Dutro E. Campbell, II and the firm of Husch & Eppenberger, LLC, hereby enter an appearance as counsel of record for defendant, Apple, Inc. ("Apple") in the above styled cause.

Dated: January 4, 2008.         Respectfully submitted,

                                HUSCH & EPPENBERGER, LLC

                                 By: _/s/__Dutro E. Campbell_____
                                    Joseph P. Conran
                                    joe.conran@husch.com
                                    Dutro E. Campbell
                                    bruce.campbell@husch.com
                                    190 Carondelet Plaza, Suite 600
                                    St. Louis, MO  63105
                                    Office: (314) 480-1500
                                    Fax:    (314) 480-1505

                                *Attorneys for Defendant Apple, Inc.*

2858231.01

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system to those attorneys of record with an email address indicated, this 4th day of January, 2008:

    Paul A. Lesko, Esq.
    plesko@simmonscooper.com
    Stephen C. Smith, Esq.
    Katharine A. Wark, Esq.
    SimmonsCooper LLC
    707 Berkshire Boulevard
    Post Office Box 521
    East Alton, IL 62024

    *Attorneys for Plaintiff Digital Background Corporation*

                                          /s/ Dutro E. Campbell_____