THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| DIGITAL BACKGROUND CORP., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 3:07-cv-00803-JPG-CJP ) |
| APPLE, INC., | ) ) |
| Defendant. | ) ) |

## NOTICE OF ENTRY OF APPEARANCE

Stephen C. Smith hereby enters appearance as counsel of record for Plaintiff Digital Background Corporation in the above styled cause.

                      Respectfully submitted,
                      Digital Background Corporation,

                      By its attorneys,
                      SIMMONSCOOPER LLC

Dated: January 8, 2008        By:  s/Stephen C. Smith
                                        Stephen C. Smith
                                        707 Berkshire Blvd.
                                        P.O. Box 521
                                        East Alton, Il  62024
                                        Tel:  618.259.2222
                                        Fax:  618.259.2251
                                        E-mail:  ssmith@simmonscooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Dutro E. Campbell, II
bruce.campbell@husch.com

Joseph P. Conran
joe.conran@husch.com

Greg G. Gutzler
greg.gutzler@husch.com


s/Stephen C. Smith