IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DIGITAL BACKGROUND CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-CV-00803-JPG-CJP |
| | ) | |
| APPLE INC. | ) | |
| | ) | |
| Defendant. | ) | |

## APPLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant Apple Inc. ("Apple"), states:

1. Apple does not have a corporate parent.

2. Apple knows of no publicly traded corporation that owns more than 10% of Apple's issued and outstanding common stock.

Dated:  January 8, 2008.                Respectfully submitted,

                                        HUSCH & EPPENBERGER, LLC

                                        By: /s/   Dutro E. Campbell
                                            Joseph P. Conran
                                            joe.conran@husch.com
                                            Dutro E. Campbell
                                            bruce.campbell@husch.com
                                            190 Carondelet Plaza, Suite 600
                                            St. Louis, MO  63105
                                            Office:  (314) 480-1500
                                            Fax:   (314) 480-1505

                                        *Attorneys for Defendant Apple, Inc.*

2868155.01

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system to those attorneys of record with an email address indicated, this 8th day of January, 2008:

    Paul A. Lesko, Esq.
    plesko@simmonscooper.com
    Stephen C. Smith, Esq.
    Katharine A. Wark, Esq.
    SimmonsCooper LLC
    707 Berkshire Boulevard
    Post Office Box 521
    East Alton, IL 62024

    *Attorneys for Plaintiff Digital Background Corporation*

                                                /s/ Dutro E. Campbell_____