IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

FILED
08 JAN 16 PM 2:05

| | | |
|---|---|---|
| DIGITAL BACKGROUND CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-CV-00803-JPG-CJP |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS ORDERED** that, the fee having been paid,

(Movant): Christina M. Finn                            .

(Firm): Howrey LLP                            .

(Address): 1950 University Avenue, 4th Floor, East Palo Alto, CA 94303                .

(Telephone #): 650-798-3526         (Fax #): 650-798-3600                    .

is admitted to practice pro hac vice (for this case only) before the United States District Court for the Southern District of Illinois, as attorney for defendant, Apple, Inc.

DATED: January 16, 2008.

BY ORDER OF COURT:

Norbert G. Jaworski, Clerk

By: [signature]
Deputy Clerk

2858578.01

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

FILED

08 JAN 16 PM 2:05

| | | |
|---|---|---|
| DIGITAL BACKGROUND CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-CV-00803-JPG-CJP |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes now Christina M. Finn, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of Defendant, Apple, Inc. ("Apple"), and in support of thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State of California.

2. That movant is a member in good standing in the Bar as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the laws, facts and procedures relating to the subject matter of this litigation.

WHEREFORE, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois in the above-entitled cause.

Dated: 1/3/08 .

Respectfully submitted,

HOWREY LLP

By: _____
Christina M. Finn
FinnC@howrey.com
1950 University Ave., 4th Floor
East Palo Alto, CA 94303
Office: (650) 798-3526
Fax: (650) 798-3600

*Attorneys for Defendant Apple, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed in paper form with the Clerk of Court and served by first class mail, postage prepaid, on all attorneys of record as indicated below, this 15th day of January, 2008:

Paul A. Lesko, Esq.
plesko@simmonscooper.com
Stephen C. Smith, Esq.
Katharine A. Wark, Esq.
SimmonsCooper LLC
707 Berkshire Boulevard
Post Office Box 521
East Alton, IL 62024

*Attorneys for Plaintiff Digital Background Corporation*

*Monica McCarthy*