IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

FILED
08 JAN 16 PM 2:08

| | | |
|---|---|---|
| DIGITAL BACKGROUND CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-CV-00803-JPG-CJP |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**IT IS ORDERED** that, the fee having been paid,

(Movant): James F. Valentine                                        .

(Firm): Howrey LLP                                        .

(Address): 1950 University Avenue, 4th Floor, East Palo Alto, CA 94303                .

(Telephone #): 650-798-3560                       (Fax #): 650-798-3600            .

is admitted to practice pro hac vice (for this case only) before the United States District Court for the Southern District of Illinois, as attorney for defendant, Apple, Inc.

DATED: January 16, 2008.

BY ORDER OF COURT:

Norbert G. Jaworski, Clerk

By: [signature]
Deputy Clerk

2858270.01

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

FILED
08 JAN 16 PM 2:03

| | |
|---|---|
| DIGITAL BACKGROUND CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>APPLE, INC. )<br>)<br>Defendant. ) | Case No. 3:07-CV-00803-JPG-CJP |

### MOTION TO APPEAR PRO HAC VICE
(For This Case Only)

Comes now James F. Valentine, pursuant to Local Rule 83.1(b) of the United States District Court for the Southern District of Illinois, and moves this Court to allow said movant to appear of record in the above-entitled cause and participate pro hac vice (for this case only) on behalf of Defendant, Apple, Inc. ("Apple"), and in support of thereof states and certifies to the Court:

1. That movant is an attorney licensed to practice law in the State of California.

2. That movant is a member in good standing in the Bar as set forth above.

3. That movant does not wish to be admitted generally, but for the purpose of this case only.

4. That movant is familiar with the laws, facts and procedures relating to the subject matter of this litigation.

WHEREFORE, movant respectfully requests permission to appear of record and participate pro hac vice before the United States District Court for the Southern District of Illinois in the above-entitled cause.

Dated: 1-11-08    .

2858270v1.DOC                                    1

Respectfully submitted,

HOWREY LLP

By: _____
James F. Valentine
ValentineJ@howrey.com
1950 University Ave., 4th Floor
East Palo Alto, CA 94303
Office: (650) 798-3560
Fax:   (650) 798-3600

*Attorneys for Defendant Apple, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed in paper form with the Clerk of Court and served by first class mail, postage prepaid, on all attorneys of record as indicated below, this 15th day of January, 2008:

Paul A. Lesko, Esq.
plesko@simmonscooper.com
Stephen C. Smith, Esq.
Katharine A. Wark, Esq.
SimmonsCooper LLC
707 Berkshire Boulevard
Post Office Box 521
East Alton, IL 62024

*Attorneys for Plaintiff Digital Background Corporation*

*Monica McCarthy*

```
Court Name: US District Court, IL-S
Division: 3
Receipt Number: 34625003568
Cashier ID: mcmannis
Transaction Date: 01/16/2008
Payer Name: Husch and Eppenberger LLC
--------------------------------
PRO HOC VICE
  For: Husch and Eppenberger LLC
  Case/Party: D-ILS-3-07-AT-PROHAC-001
  Amount:        $100.00
PRO HOC VICE
  For: Husch and Eppenberger LLC
  Case/Party: D-ILS-3-07-AT-PROHAC-001
  Amount:        $100.00
PRO HOC VICE
  For: Husch and Eppenberger LLC
  Case/Party: D-ILS-3-07-AT-PROHAC-001
  Amount:        $100.00
PRO HOC VICE
  For: Husch and Eppenberger LLC
  Case/Party: D-ILS-3-07-AT-PROHAC-001
  Amount:        $100.00
PRO HOC VICE
  For: Husch and Eppenberger LLC
  Case/Party: D-ILS-3-07-AT-PROHAC-001
  Amount:        $100.00
--------------------------------
CHECK
  Remitter: Husch & Eppenberger, LLC
  Check/Money Order Num: 4003101
  Amt Tendered: $500.00
--------------------------------
Total Due:      $500.00
Total Tendered: $500.00
Change Amt:     $0.00
```

Husch & Eppenberger, LLC

190 Carondelet Plaza

Suite 600

St. Louis, MO. 63105


PHV fees for Henry Bunsow, Christina Finn, Ryan Moran, Jason Anderson & James Valentine.