# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DIGITAL BACKGROUND CORPORATION,**

    **Plaintiff(s),**

  vs.

           CASE NO. 07-803-JPG

**APPLE, INC.,**

    **Defendant(s).**

### NOTICE TO COUNSEL

Pursuant to SDIL-LR 16.2(a) and Federal Rule of Civil Procedure 26(f), an initial pretrial scheduling and discovery conference, is hereby set before Honorable Clifford J. Proud via telephone conference call on **February 19 2008,** at **10:00 am. Counsel for the Plaintiff shall be responsible for placing the conference call to the Court and opposing counsel. The telephone number for the Court for this conference is (618)482-9006.**

The parties are to submit a Joint Report and Proposed Scheduling and Discovery Order using the form provided in the Local Rules, **seven days** before the conference. The Joint Report and Proposed Scheduling and Discovery Order shall be e-mailed to CJPpd@ilsd.uscourts.gov.

The Joint Report of Parties and Proposed Scheduling and Discovery Order, consented to and signed by each party or by an attorney of record, may, at the Judge's discretion, be deemed to satisfy the requirements of SDIL-LR 16.2(a).

The conference call is mandatory in all Track D proposed class action cases. See, SDIL-LR23.1. In all other cases, the conference call may be cancelled at the discretion of Judge Proud if the parties submit a timely Joint Report and Proposed Scheduling and Discovery Order.

Dated: January 18, 2008

               NORBERT G. JAWORSKI
               CLERK OF COURT

               By:  S\ Angela Vehlewald
                 Angela Vehlewald, Deputy Clerk

**Forms referenced in this document are available, free of charge, downloadable from the district court web site at www.ilsd.uscourts.gov or from the Clerk's Office for a fee. Copies of the new forms are included as attachments in the July, 2003 revision of the Local Rules.**