THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| **DIGITAL BACKGROUND CORP.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **Case No. 3:07-cv-00803-JPG-CJP** |
| vs. | ) |
| | ) **JURY TRIAL DEMANDED** |
| **APPLE, INC.,** | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF APPEARANCE

Ted N. Gianaris hereby enters his appearance as counsel of record for

Plaintiff Digital Background Corporation in the above styled cause.

                                                                    Respectfully submitted,
                                                                     Digital Background Corporation,

                                                                     By its attorneys,
                                                                     SIMMONSCOOPER LLC

Dated: February 13, 2008                By:  /s/Ted N. Gianaris
                                                            Ted N. Gianaris – (Ill. Bar #6237156)
                                                             707 Berkshire Blvd.
                                                              P.O. Box 521
                                                             East Alton, IL  62024
                                                              Tel:  618.259.2222
                                                             Fax:  618.259.2251
                                                             E-mail: tgianaris@simmonscooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2008, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| **James F. Valentine** | **Greg G. Gutzler** |
| valentinej@howrey.com | greg.gutzler@husch.com |
| **Jason Anderson** | **Dutro E. Campbell, II** |
| andersonJ@howrey.com | bruce.campbell@husch.com |
| **Ryan Moran** | **Joseph P. Conran** |
| moranr@howrey.com | joe.conran@husch.com |
| **Christina M. Finn** | |
| finnc@howrey.com | |

and I hereby certify that on this 13th day of February, 2008, I mailed by United States Postal Service, postage pre-paid, the document to the following non-registered participant:

Henry C. Bunsow, Esq.
Howrey LLP
525 Market St., Suite 3600
San Francisco, CA  94105


　　　　　　　　　　　　　　　　/s/ Ted N. Gianaris