# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| **DIGITAL BACKGROUND CORP.,** | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 3:07-cv-00803-JPG-CJP |
| | ) **JURY TRIAL DEMANDED** |
| **APPLE, INC.,** | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Katharine Anne Wark, formerly of the law firm SimmonsCooper LLP, and hereby moves to withdraw her appearance as counsel for Digital Background Corporation in the above-referenced case. Representation of this client will continue by SimmonsCooper LLP and the attorneys with SimmonsCooper LLP who are already involved in this case.

Dated:  March 17, 2008        Respectfully submitted,

s/Katharine Anne Wark
Katharine Anne Wark
SIMMONSCOOPER LLC
707 Berkshire Boulevard
East Alton, IL  62024
Telephone:  618.259.2222
Facsimile:  618.259.2251
Email: kwark@simmonscooper.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

| | |
|---|---|
| **James F. Valentine** | **Greg G. Gutzler** |
| valentinej@howrey.com | greg.gutzler@husch.com |
| **Jason Anderson** | **Dutro E. Campbell, II** |
| andersonJ@howrey.com | bruce.campbell@husch.com |
| **Ryan Moran** | **Joseph P. Conran** |
| moranr@howrey.com | joe.conran@husch.com |
| **Christina M. Finn** | |
| finnc@howrey.com | |

and I hereby certify that on this March 17, 2008, I caused to be mailed by United States Postal Service, postage pre-paid, the document to the following non-registered participant:

Henry C. Bunsow, Esq.<br>
Howrey LLP<br>
525 Market St., Suite 3600<br>
San Francisco, CA 94105

   s/Katharine A. Wark