IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| DIGITAL BACKGROUND CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-CV-00803-JPG-CJP |
| | ) | |
| APPLE INC. | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Greg G. Gutzler of the law firm Husch Blackwell Sanders LLP, hereby moves to withdraw his appearance as counsel for Apple Inc. in the above-referenced case. Representation of this client will continue by Husch Blackwell Sanders LLP and Howrey LLP and the attorneys with Husch Blackwell Sanders LLP and Howrey LLP who are already involved in this case.

Dated:  March 17, 2008.                    Respectfully submitted,

                                           HUSCH BLACKWELL SANDERS LLP

                                           By: /s/   Greg G. Gutzler                    .
                                               Greg G. Gutzler
                                               greg.gutzler@huschblackwell.com
                                               Joseph P. Conran
                                               joe.conran@huschblackwell.com
                                               Dutro E. Campbell
                                               bruce.campbell@huschblackwell.com
                                               190 Carondelet Plaza, Suite 600
                                               St. Louis, MO  63105
                                               Office:  (314) 480-1500
                                               Fax:   (314) 480-1505

2926780

HOWREY LLP
James F. Valentine
ValentineJ@howrey.com
Jason Anderson
AndersonJ@howrey.com
Ryan Moran
MoranR@howrey.com
Christina M. Finn
FinnC@howrey.com
Henry C. Bunsow
BunsowH@howrey.com
1950 University Ave., 4th Floor
East Palo Alto, CA 94303
Office:  (650) 798-3560
Fax:   (650) 798-3600

*Attorneys for Defendant Apple Inc.*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of Court and served by operation of the Court's electronic filing system to those attorneys of record with an email address indicated, this 17th day of March, 2008:

Paul A. Lesko, Esq.
plesko@simmonscooper.com
Stephen C. Smith, Esq.
SimmonsCooper LLC
707 Berkshire Boulevard
Post Office Box 521
East Alton, IL 62024

*Attorneys for Plaintiff Digital Background Corporation*

/s/  Greg G. Gutzler