

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**301 West Main Street**
**Benton, IL 62812**
**618/439-7760**

Norbert G. Jaworski
Clerk of Court

**March 18, 2008**

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue, Sixth Floor
SanFrancisco, CA 94102

RE: Digital Background Corp., vs. Apple, Inc., et al
    Civil Case No. 07-803-JPG

Dear Clerk:

On 3/17/08, an Order by the Honorable J. Phil Gilbert, U. S. District Judge, was entered transferring the above-mentioned case from this District Court to the U. S. District Court, Northern District of California.

This court is using the electronic case filing system. You may access our electronic case file at the following web address: http://ecf.ilsd.uscourts.gov to obtain the documents. We have assigned a login and password for district courts to use in accessing this information. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system. You will need Adobe Acrobat Reader loaded on your computer in order to view the documents.

Please acknowledge receipt of the docket sheet by returning a signed copy of this letter.

Sincerely,

Norbert G. Jaworski, Clerk

By:s/Deborah Agans, Deputy Clerk


Receipt Acknowledged on: _____
By:_____

Enclosures

CV-18
(6/04)