# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:07–cv–00803–JPG–CJP

| | |
|---|---|
| Digital Background Corporation v. Apple, Inc. | Date Filed: 11/14/2007 |
| Assigned to: Judge J. Phil Gilbert | Date Terminated: 03/17/2008 |
| Referred to: Magistrate Judge Clifford J. Proud | Jury Demand: Both |
| Cause: 35:271 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Digital Background Corporation** | represented by | **Paul A. Lesko**<br>SimmonsCooper – East Alton<br>Generally Admitted<br>707 East Berkshire Boulevard<br>P.O. Box 521<br>East Alton, IL 62024<br>618–259–2222<br>Fax: 618–259–2251<br>Email: plesko@simmonscooper.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Katharine Anne Wark**<br>SimmonsCooper – East Alton<br>707 East Berkshire Boulevard<br>P.O. Box 521<br>East Alton, IL 62024<br>618–259–2222<br>Fax: 618–259–2251<br>Email: kwark@simmonscooper.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Stephen C. Smith**<br>SimmonsCooper – East Alton<br>707 East Berkshire Boulevard<br>P.O. Box 521<br>East Alton, IL 62024<br>618–259–2222<br>Fax: 618–259–2251<br>Email: ssmith@simmonscooper.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Ted N. Gianaris**<br>SimmonsCooper – East Alton<br>707 East Berkshire Boulevard<br>P.O. Box 521<br>East Alton, IL 62024<br>618–251–2222<br>Email: tgianaris@simmonscooper.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

Apple, Inc. represented by **Christina M. Finn**
Howrey LLP−East Palo Alto, CA.
1950 University Avenue
4th Floor
East Palo Alto, CA 94303
650−798−3526
Fax: 650−798−3600
Email: finnc@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dutro E. Campbell, II**
Husch Blackwell et al
Generally Admitted
190 Carondelet Plaza
Suite 600
St. Louis, MO 63105
314−480−1500
Email: bruce.campbell@husch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Henry C. Bunsow**
Howrey LLP−San Francisco, CA.
525 Market St.
Suite 3600
San Francisco, CA 94105−2708
415−848−4946
Fax: 415−848−4999
Email: bunsowh@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James F. Valentine**
Howrey LLP−East Palo Alto, CA.
1950 University Avenue
4th Floor
East Palo Alto, CA 94303
650−798−3560
Fax: 650−798−3600
Email: valentinej@howrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jason Anderson**
Howrey LLP−East Palo Alto, CA.
1950 University Avenue
4th Floor
East Palo Alto, CA 94303
650−798−3544

        Fax: 650−798−3600
        Email: andersonj@howrey.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Joseph P. Conran**
        Husch &Eppenberger – St. Louis
        190 Carondelet Plaza
        Suite 600
        St. Louis, MO 63105
        314−480−1500
        Email: joe.conran@husch.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Ryan Moran**
        Howrey LLP−East Palo Alto, CA.
        1950 University Avenue
        4th Floor
        East Palo Alto, CA 94303
        650−798−3649
        Fax: 650−798−3600
        Email: moranr@howrey.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Greg G. Gutzler**
        Husch &Eppenberger – St. Louis
        190 Carondelet Plaza
        Suite 600
        St. Louis, MO 63105
        314−480−1500
        Email: greg.gutzler@husch.com
        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Apple, Inc.** represented by **Christina M. Finn**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Dutro E. Campbell, II**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Henry C. Bunsow**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **James F. Valentine**
        (See above for address)
        *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jason Anderson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph P. Conran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Moran**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Greg G. Gutzler**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Digital Background Corporation**     represented by   **Paul A. Lesko**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen C. Smith**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/14/2007 | Ï 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 34625002417. Documents may now be electronically filed. Case number 07−803−DRH must be placed on all documents prior to filing them electronically. (Attachments: # 1 Notice to Consent by Magistrate Judge)(tkm ) (Entered: 11/14/2007) |
| 11/14/2007 | Ï 2 | COMPLAINT against Apple, Inc. (Filing fee $ 350.), filed by Digital Background Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Civil Cover Sheet)(Lesko, Paul) (Entered: 11/14/2007) |
| 11/14/2007 | Ï 3 | Corporate Disclosure Statement by Digital Background Corporation. (Lesko, Paul) (Entered: 11/14/2007) |
| 11/16/2007 | Ï 4 | AO 120 Report on the filing or determination of an action regarding a Patent or Trademark. (tkm ) (Entered: 11/16/2007) |
| 11/16/2007 | Ï 5 | Summons Issued as to Apple, Inc. (tkm ) (Entered: 11/16/2007) |
| 12/04/2007 | Ï 6 | SUMMONS Returned Executed by Digital Background Corporation. Apple, Inc. served on 11/30/2007, answer due 12/20/2007. (Lesko, Paul) (Entered: 12/04/2007) |

| | | |
|---|---|---|
| 12/12/2007 | Ï 7 | ORDER OF RECUSAL. Judge David R Herndon recused. Case reassigned to Judge William D. Stiehl for all further proceedings. Signed by Judge David R Herndon on 12/12/07. (pab ) (Entered: 12/12/2007) |
| 12/18/2007 | Ï 8 | Consent MOTION for Extension of Time to File Answer *or Otherwise Plead* by Apple, Inc.. (Gutzler, Greg) (Entered: 12/18/2007) |
| 12/19/2007 | Ï 9 | ORDER OF RECUSAL. Judge William D. Stiehl recused. Case reassigned to Judge J. Phil Gilbert for all further proceedings. Signed by Judge William D. Stiehl on 12/19/07. (jkb) (Entered: 12/19/2007) |
| 12/24/2007 | Ï 10 | ORDER, Granting 8 Consent MOTION for Extension of Time up to 1/22/08 to File Answer *or Otherwise Plead* filed by Apple, Inc. Signed by Judge Clifford J. Proud on 12/21/07. (amv) (Entered: 12/24/2007) |
| 12/26/2007 | Ï 11 | NOTICE of Appearance by Joseph P. Conran on behalf of Apple, Inc. (Conran, Joseph) (Entered: 12/26/2007) |
| 12/28/2007 | Ï 12 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney Dutro E. Campbell, II for Apple, Inc. $100.00 fee paid,receipt number 34625003273 (tkm ) (Entered: 12/28/2007) |
| 01/04/2008 | Ï 13 | NOTICE of Appearance by Dutro E. Campbell, II on behalf of Apple, Inc. (Campbell, Dutro) (Entered: 01/04/2008) |
| 01/08/2008 | Ï 14 | ELECTRONIC ORDER by Judge J. Phil Gilbert re DOC. 11 filed by APPLE, INC. Party failed to file corporate disclosure as required by F.R.Civ.P. 7.1. Requisite filing must be made on or before 1/25/2008. Failure to do so may result in the striking of all present and future filings.Signed by Judge J. Phil Gilbert on 1/8/08. (kmb, )THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 01/08/2008) |
| 01/08/2008 | Ï 15 | NOTICE of Appearance by Stephen C. Smith on behalf of Digital Background Corporation (Smith, Stephen) (Entered: 01/08/2008) |
| 01/09/2008 | Ï 16 | Corporate Disclosure Statement by Apple, Inc.. (Campbell, Dutro) (Entered: 01/09/2008) |
| 01/16/2008 | Ï 17 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney Jason Anderson for Apple, Inc. $100.00 fee paid,receipt number 34625003568 (tkm ) (Entered: 01/16/2008) |
| 01/16/2008 | Ï 18 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney Henry C. Bunsow for Apple, Inc. $100.00 fee paid,receipt number 34625003568 (tkm ) (Entered: 01/16/2008) |
| 01/16/2008 | Ï 19 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney Christina M. Finn for Apple, Inc. $100.00 fee paid,receipt number 34625003568 (tkm) (Entered: 01/16/2008) |
| 01/16/2008 | Ï 20 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney Ryan Moran for Apple, Inc. $100.00 fee paid,receipt number 34625003568 (tkm ) (Entered: 01/16/2008) |
| 01/16/2008 | Ï 21 | Motion and Order to Appear Pro Hac Vice granting appearance of Attorney James F. Valentine for Apple, Inc. $100.00 fee paid,receipt number 34625003568 (tkm ) (Entered: 01/16/2008) |
| 01/17/2008 | Ï 22 | CJRA TRACK B assigned:Final Pretrial Conference set for 1/9/2009 at 09:30 AM in Benton Court House before Judge J. Phil Gilbert.,Jury Trial set for 1/20/2009 at 09:00 AM in Benton Court House before Judge J. Phil Gilbert. (by:kjr) (Entered: 01/17/2008) |
| 01/18/2008 | Ï 23 | NOTICE of Scheduling and Discovery Conference: Telephone Scheduling/Discovery Conference set for 2/19/2008 10:00 AM in East St. Louis Court House before Mag/Judge Clifford J. Proud. (amv) (Entered: 01/18/2008) |

| | | |
|---|---|---|
| 01/22/2008 | 24 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Digital Background Corporation by Apple, Inc..(Conran, Joseph) (Entered: 01/22/2008) |
| 02/06/2008 | 25 | MOTION to Transfer Case by Apple, Inc.. (Attachments: # 1 Affidavit Declaration of Bruce Arthur, # 2 Affidavit Declaration of James F. Valentine, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Certificate of Service)(Valentine, James) (Entered: 02/06/2008) |
| 02/13/2008 | 26 | NOTICE of Appearance by Katharine Anne Wark on behalf of Digital Background Corporation (Wark, Katharine) (Entered: 02/13/2008) |
| 02/13/2008 | 27 | NOTICE of Appearance by Ted N. Gianaris on behalf of Digital Background Corporation (Gianaris, Ted) (Entered: 02/13/2008) |
| 02/14/2008 | 28 | MOTION to Dismiss *Counterclaim Count III, or in the Alternative, Motion to Strike Counterclaim Count III of Defendant Apple, Inc.* by Digital Background Corporation. Responses due by 3/18/2008 (Lesko, Paul) (Entered: 02/14/2008) |
| 02/14/2008 | 29 | Minute Entry for proceedings held before Magistrate Judge Clifford J. Proud: The Court has received the Joint Report of the Parties. The Telephone Scheduling Conference set 2/19/08 is cancelled. (Court Reporter n/a.) (amv)THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED. (Entered: 02/14/2008) |
| 02/25/2008 | 30 | MEMORANDUM in Opposition re 25 MOTION to Transfer Case filed by Digital Background Corporation. (Attachments: # 1 Exhibit A – Apple Reports Fourth Quarter Results, # 2 Exhibit B – Westlaw – Apple Computer, Inc. v. Unova, Inc.; D.Del, 2003, # 3 Exhibit C – Excerpt, Apple, Inc.'s Form 10–K Filed with SEC, # 4 Exhibit D – List of Authorized Apple Resellers within Zip Code 62201)(Lesko, Paul) (Entered: 02/25/2008) |
| 03/04/2008 | 31 | REPLY to Response to Motion re 25 MOTION to Transfer Case filed by Apple, Inc.. (Attachments: # 1 Affidavit Declaration of Christina M. Finn, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Certificate of Service)(Valentine, James) (Entered: 03/04/2008) |
| 03/17/2008 | 32 | MOTION to Withdraw as Attorney by Digital Background Corporation. (Wark, Katharine) (Entered: 03/17/2008) |
| 03/17/2008 | 33 | MOTION to Withdraw as Attorney by Apple, Inc.. (Gutzler, Greg) (Entered: 03/17/2008) |
| 03/17/2008 | 34 | MEMORANDUM AND ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to Northern District of California. Signed by Judge J. Phil Gilbert on 3/17/08. (dka, ) (Entered: 03/18/2008) |
| 03/18/2008 | 35 | Letter to Northern District of California re case transfer (dka, ) (Entered: 03/18/2008) |
| 06/30/2008 | 36 | Case electronically transferred to Northern District of California. (djs) (Entered: 06/30/2008) |