Crystal G. Howard (SBN 224627)
SIMMONSCOOPER LLC
100 N. Sepulveda Blvd., Suite 1350
El Segundo, CA 90245
Telephone: (310) 332-3555
Facsimile: (310) 332-3655
Email: choward@simmonscooper.com

Attorneys for Plaintiff
Digital Background Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL BACKGROUND CORPORATION,<br><br>*Plaintiff,*<br><br>vs.<br><br>APPLE, INC.<br><br>*Defendant.* | Case No.: C 08-03639 RS<br><br>JOINT STIPULATION TO DISMISS WITH PREJUDICE |

## JOINT STIPLUATION TO DISMISS WITH PREJUDICE

On this day, August 4, 2008, Plaintiff DIGITAL BACKGROUND CORPORATION and Defendant APPLE, INC. announce to the Court that they have settled their respective claims for relief asserted in this cause, and request that the Court dismiss this action in its entirety with prejudice. A proposed order providing this relief is filed herewith.

WHEREFORE, the parties jointly request that all claims for relief asserted against APPLE INC. by DIGITAL BACKGROUND CORPORATION and against DIGITAL BACKGROUND CORPORATION by APPLE INC. herein be dismissed with prejudice, and that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

| **Attorneys for Plaintiff** | **Attorneys for Defendant** |
|---|---|
| By: /s/ Crystal G. Howard<br>Crystal G. Howard<br>SimmonsCooper LLC<br>100 N. Sepulveda Blvd.<br>Suite 1350<br>El Segundo, CA 90245<br>(310) 322-3555<br>(310) 322-3655 – *facsimile*<br>E-mail: choward@simmonscooper.com | By: /s/ James F. Valentine<br>James F. Valentine<br>Howrey LLP<br>1950 University Avenue<br>East Palo Alto, CA 94303<br>(650) 798-3500<br>(650) 798-3600 – *facsimile*<br>E-mail: valentinej@howrey.com |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 100 N. Sepulveda Blvd., Suite 1350, El Segundo, California, 90245.

On August 4, 2008, I served the foregoing document described as **JOINT STIPULATION** on each interested party, as stated below.

(BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party, as stated on the attached service list. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing with SimmonsCooper LLC, 100 N. Sepulveda Blvd., Suite 1350, El Segundo, California 90245. I am readily familiar with SimmonsCooper LLC's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on August 4, 2008, at 100 N. Sepulveda Blvd., El Segundo, California.

I declare under penalty of perjury that the foregoing is true and correct.

_Natalie Goldberg_

Served upon:
James F. Valentine
Howrey LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303
(650) 798-3500
(650) 798-3600 – *facsimile*
E-mail: valentinej@howrey.com

Alan Norman
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101-1611
(314) 552-6000
(314) 552-7000 - *facsimile*
Email: anorman@thompsoncoburn.com

Crystal G. Howard (SBN 224627)
SIMMONSCOOPER LLC
100 N. Sepulveda Blvd., Suite 1350
El Segundo, CA 90245
Telephone: (310) 332-3555
Facsimile: (310) 332-3655
Email: choward@simmonscooper.com

Attorneys for Plaintiff
Digital Background Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL BACKGROUND CORPORATION,<br><br>*Plaintiff,*<br><br>vs.<br><br>APPLE, INC.<br><br>*Defendant.* | Case No.: C 08-03639 RS<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff DIGITAL BACKGROUND CORPORATION and Defendant APPLE INC., announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

- 1 -

ORDER

IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. by DIGITAL BACKGROUND CORPORATION and against DIGITAL BACKGROUND CORPORATION by APPLE INC. herein are dismissed, with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: _____     _____
                                 The Honorable Richard Seeborg
                                 United States District Judge

Crystal G. Howard (SBN 224627)
SIMMONSCOOPER LLC
100 N. Sepulveda Blvd., Suite 1350
El Segundo, CA 90245
Telephone: (310) 332-3555
Facsimile: (310) 332-3655
Email: choward@simmonscooper.com

Attorneys for Plaintiff
Digital Background Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL BACKGROUND CORPORATION,<br><br>*Plaintiff,*<br><br>vs.<br><br>APPLE, INC.<br><br>*Defendant.* | Case No.: C 08-03639 RS<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff DIGITAL BACKGROUND CORPORATION and Defendant APPLE INC., announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

1
2      IT IS THEREFORE ORDERED that all claims for relief asserted against
3  APPLE INC. by DIGITAL BACKGROUND CORPORATION and against
4  DIGITAL BACKGROUND CORPORATION by APPLE INC. herein are
5  dismissed, with prejudice.
6      IT IS FURTHER ORDERED that all attorneys' fees, costs of court and
7  expenses shall be borne by each party incurring the same.
8
9  Dated: _____     _____
10                                     The Honorable Richard Seeborg
11                                     United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                  - 2 -

ORDER