Crystal G. Howard (SBN 224627)
SIMMONSCOOPER LLC
100 N. Sepulveda Blvd., Suite 1350
El Segundo, CA 90245
Telephone: (310) 332-3555
Facsimile: (310) 332-3655
Email: choward@simmonscooper.com

Attorneys for Plaintiff
Digital Background Corporation

*E-FILED 8/5/08*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DIGITAL BACKGROUND CORPORATION,

    *Plaintiff,*

vs.

APPLE, INC.

    *Defendant.*

Case No.: C 08-03639 RS

[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff DIGITAL BACKGROUND CORPORATION and Defendant APPLE INC., announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all claims for relief asserted against APPLE INC. by DIGITAL BACKGROUND CORPORATION and against DIGITAL BACKGROUND CORPORATION by APPLE INC. herein are dismissed, with prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

Dated: August 5, 2008

_____
The Honorable Richard Seeborg
United States ~~District Judge~~ Magistrate Judge

- 2 -

ORDER